# EXHIBIT 1

Second Amended Class Action Complaint
*Ferrera et al. vs. Snyder's-Lance, Inc.*
United States District Court
Southern District of Florida

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover The Pounder Olde Tyme Pretzels



### Ingredients

Enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), water, canola oil, salt, malt, yeast, soda.

## Nutrition Facts

Serving Size: 3 Pretzels (30g)

| Amount Per Serving | |
|---|---|
| Calories: 120 | Calories from Fat: 10 |
| | % Daily Value |
| Total Fat: 1g | 2% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| Cholesterol: 0mg | 0% |
| Sodium: 120mg | 5% |
| Total Carbohydrate: 24g | 8% |
| Dietary Fiber: 1g | 4% |
| Sugars: less than 1g | |
| Protein: 3g | |
| Vitamin A: 0% | Vitamin C: 0% |
| Calcium: 0% | Iron: 6% |
| Thiamin: 10% | Niacin: 8% |
| Riboflavin: 8% | Folate: 15% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9          Carbohydrate 4          Protein 4

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover The Pounder Thins Pretzels



## Nutrition Facts

Serving Size: 11 Pretzels (30g)

**Amount Per Serving**

| | |
|---|---|
| **Calories: 110** | Calories from Fat: 0 |
| | **% Daily Value** |
| **Total Fat: 0g** | 0% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| **Cholesterol: 0mg** | 0% |
| **Sodium: 330mg** | 14% |
| **Total Carbohydrate: 23g** | 8% |
| Dietary Fiber: less than 1g | 4% |
| Sugars: 1g | |
| **Protein: 3g** | |

| | | | |
|---|---|---|---|
| Vitamin A: 0% | | Vitamin C: 0% | |
| Calcium: 0% | | Iron: 8% | |
| Thiamin: 10% | | Niacin: 8% | |
| Riboflavin: 8% | | Folate: 15% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9     Carbohydrate 4     Protein 4

### Ingredients

Enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), water, malt, salt, dextrose, canola oil*, yeast, soda.
* Adds a trivial amount of fat.

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover The Pounder Sticks Pretzels



## Nutrition Facts

Serving Size: 30g (about 28 sticks)

| Amount Per Serving | |
|---|---:|
| Calories: 110 | Calories from Fat: 10 |
|  | % Daily Value |
| Total Fat: 1g | 2% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| Cholesterol: 0mg | 0% |
| Sodium: 300mg | 13% |
| Total Carbohydrate: 23g | 8% |
| Dietary Fiber: 1g | 4% |
| Sugars: less than 1g | |
| Protein: 3g | |

| | |
|---|---|
| Vitamin A: 0% | Vitamin C: 0% |
| Calcium: 0% | Iron: 6% |
| Thiamin: 10% | Niacin: 8% |
| Riboflavin: 6% | Folate: 15% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---:|---:|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9          Carbohydrate 4          Protein 4

### Ingredients

Enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), water, malt, salt, canola oil, yeast, soda.

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover The Pounder Sourdough Dark Specials



## Nutrition Facts

Serving Size: Serving Size 1oz. (28g/ about 5 pretzels)

| Amount Per Serving | |
|---|---|
| Calories: 120 | Calories from Fat: 15 |
| | % Daily Value |
| Total Fat: 2g | 3% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| Cholesterol: 0mg | 0% |
| Sodium: 220g | 9% |
| Total Carbohydrate: 22g | 7% |
| Dietary Fiber: less than 1g | 3% |
| Sugars: 0g | |
| Protein: 2g | |
| Vitamin A: 0% | Vitamin C: 0% |
| Calcium: 0% | Iron: 6% |
| Thiamin: 8% | Niacin: 6% |
| Riboflavin: 6% | Folate: 10% |

### Ingredients

Enriched flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), water, canola oil, salt, malt, corn starch, lactic acid, yeast, soda.

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9          Carbohydrate 4          Protein 4

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover Reduced Fat The Pounder Yellow Corn Tortilla Chips



## Nutrition Facts

Serving Size: 1 oz. (28g/about 13 chips)

| Amount Per Serving | |
|---|---|
| Calories: 140 | Calories from Fat: 45 |
| | % Daily Value |
| Total Fat: 5g | 8% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| Cholesterol: 0mg | 0% |
| Sodium: 135mg | 6% |
| Total Carbohydrate: 21g | 7% |
| Dietary Fiber: 2g | 7% |
| Sugars: 0g | |
| Protein: 2g | |
| Vitamin A: 0% | Vitamin C: 0% |
| Calcium: 0% | Iron: 6% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9   Carbohydrate 4   Protein 4

## Ingredients

Yellow corn (enriched with thiamine, riboflavin, niacin, iron, folic acid), vegetable oil (contains one or more of the following: canola oil, corn oil, sunflower oil), salt.

Packaging, Ingredients, and Nutrition Facts for
Snyder's of Hanover Reduced Fat The Pounder Whole Grain Tortilla Chips



## Nutrition Facts

Serving Size: 1oz (about 10 chips)

Servings Per Container: 16

**Amount Per Serving**

| | |
|---|---|
| **Calories:** 130 | Calories from Fat: 45 |
| | % Daily Value |
| **Total Fat:** 5g | 8% |
| Saturated Fat: 0g | 0% |
| Trans Fat: 0g | |
| Polyunsaturated Fat: 1.5g | |
| Monounsaturated Fat: 3g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 170mg | 7% |
| **Total Carbohydrate:** 19g | 6% |
| Dietary Fiber: 2g | 9% |
| Sugars: 1g | |
| **Protein:** 2g | |
| **Vitamin A:** 0% | **Vitamin C:** 0% |
| **Calcium:** 2% | **Iron:** 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9        Carbohydrate 4        Protein 4

### Ingredients

Whole yellow corn, vegetable oil (contains one or more of the following: canola oil, corn oil, sunflower oil), brown rice flour, sugar, salt.

Packaging, Ingredients, and Nutrition Facts for
Cape Cod Kettle Cooked Potato Chips Original



**Ingredients**

Potatoes, Canola Oil, Salt.

## Nutrition Facts

Serving Size: 1oz (28g / Approx. 19 Chips)

Servings Per Container: 8.5

**Amount Per Serving**

| | |
|---|---|
| **Calories:** 140 | Calories from Fat: 70 |
| | **% Daily Value** |
| **Total Fat:** 8g | 12% |
| Saturated Fat: .5g | 3% |
| Trans Fat: 0g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 150mg | 6% |
| **Total Carbohydrate:** 17g | 6% |
| Dietary Fiber: Less than 1g | 4% |
| Sugars: 0g | |
| **Protein:** 2g | |
| **Vitamin A:** 0% | **Vitamin C:** 20% |
| **Calcium:** 0% | **Iron:** 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9    Carbohydrate 4    Protein 4

Packaging, Ingredients, and Nutrition Facts for
Cape Cod Kettle Cooked Potato Chips Sea Salt & Vinegar



## Nutrition Facts

Serving Size: 1oz (28g / Approx. 18 Chips)

Servings Per Container: 8

| Amount Per Serving | |
|---|---|
| **Calories:** 160 | Calories from Fat: 60 |
| | **% Daily Value** |
| **Total Fat:** 7g | 11% |
| Saturated Fat: .5g | 3% |
| Trans Fat: 0g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 240mg | 10% |
| **Total Carbohydrate:** 16g | 5% |
| Dietary Fiber: less than 1g | 4% |
| Sugars: 0g | |
| **Protein:** 2g | |
| **Vitamin A:** 0% | **Vitamin C:** 10% |
| **Calcium:** 0% | **Iron:** 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9      Carbohydrate 4      Protein 4

### Ingredients

Potatoes, Canola Oil, Maltodextrin, Vinegar Solids, Sodium Diacetate, Salt, Sea Salt.

Packaging, Ingredients, and Nutrition Facts for
Cape Cod Kettle Cooked Potato Chips Sweet Mesquite Barbeque



**Ingredients**

Potatoes, Canola Oil, Sugar, Dextrose, Salt, Paprika, Tomato Powder, Spices, Onion Powder, Garlic Powder, Torula Yeast, Natural Flavors (including Mesquite Smoke), Oleoresin Paprika, Citric Acid, Caramel Color.

## Nutrition Facts

Serving Size: 1oz (28g / Approx. 18 Chips)

Servings Per Container: 8

| Amount Per Serving | |
|---|---|
| **Calories:** 150 | Calories from Fat: 80 |
| | **% Daily Value** |
| **Total Fat:** 8g | 13% |
|   Saturated Fat: .5g | 3% |
|   Trans Fat: 0g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 190mg | 8% |
| **Total Carbohydrate:** 17g | 6% |
|   Dietary Fiber: 1g | 4% |
|   Sugars: 1g | |
| **Protein:** 2g | |
| **Vitamin A:** 4% | **Vitamin C:** 8% |
| **Calcium:** 0% | **Iron:** 0% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
|   Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
|   Dietary Fiber | | 25g | 30g |
| Calories per gram: | | | |
| Fat 9 | Carbohydrate 4 | | Protein 4 |

Packaging, Ingredients, and Nutrition Facts for
Cape Cod Kettle Cooked Potato Chips Sour Cream & Green Onion



### Ingredients

Potatoes, Canola Oil, Salt, Dairy Whey, Dextrose, Sour Cream Powder (Sour Cream [Cream Cultures, Lactic Acid], Cultured Nonfat Milk Solids, Citric Acid), Maltodextrin, Nonfat Dry Milk, Sugar, Onion Powder (Contains Onion and Green Onion Powders), Yeast Extract, Dried Cream Extract, Natural Flavors, Citric Acid, Parsley.

## Nutrition Facts

Serving Size: 1oz (28g / Approx. 18 Chips)

Servings Per Container: 8

**Amount Per Serving**

| | |
|---|---|
| **Calories:** 140 | Calories from Fat: 70 |
| | **% Daily Value** |
| **Total Fat:** 8g | 12% |
| Saturated Fat: .5g | 3% |
| Trans Fat: 0g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 220mg | 9% |
| **Total Carbohydrate:** 16g | 5% |
| Dietary Fiber: 1g | 4% |
| Sugars: Less than 1g | |
| **Protein:** 2g | |
| **Vitamin A:** 0% | **Vitamin C:** 25% |
| **Calcium:** 0% | **Iron:** 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9     Carbohydrate 4     Protein 4

Packaging, Ingredients, and Nutrition Facts for
Cape Cod Kettle Cooked Potato Chips 40% Reduced Fat Original



## Nutrition Facts

Serving Size: 1 oz (28g/ About 19 Chips)

Servings Per Container: 8

| Amount Per Serving | |
|---|---|
| **Calories:** 140 | Calories from Fat: 50 |
| | **% Daily Value** |
| **Total Fat:** 6g | 9% |
| Saturated Fat: .5g | 2% |
| Trans Fat: 0g | |
| **Cholesterol:** 0mg | 0% |
| **Sodium:** 85mg | 4% |
| **Total Carbohydrate:** 18g | 6% |
| Dietary Fiber: 2g | 6% |
| Sugars: 0g | |
| **Protein:** 2g | |
| **Vitamin A:** 0% | **Vitamin C:** 25% |
| **Calcium:** 0% | **Iron:** 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9          Carbohydrate 4          Protein 4

### Ingredients

Potatoes, Canola Oil and Salt.