# EXHIBIT 2

Second Amended Complaint
*Ferrera et al. vs. Snyder's-Lance, Inc.*
United States District Court
Southern District of Florida

| | Canola Oil | High Oleic Canola Oil | Vegetable Oil (contains one or more of the following: canola oil, corn oil, sunflower oil) | Soybean Oil | Expeller Pressed Sunflower Oil | Expeller Pressed Sunflower and/or Safflower Oil | Olive Oil | Yellow Corn | Whole Yellow Corn | Yellow Corn (enriched with thiamine, riboflavin, niacin, iron, folic acid) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Snyder's of Hanover** | | | | | | | | | | |
| The Pounder Olde Tyme Pretzels | X | | | | | | | | | |
| The Pounder Thins Pretzels | X | | | | | | | | | |
| The Pounder Sticks Pretzels | X | | | | | | | | | |
| The Pounder Sourdough Dark Specials | X | | | | | | | | | |
| Reduced Fat The Pounder Yellow Corn Tortilla Chips | | | X | | | | | | | X |
| Reduced Fat The Pounder Whole Grain Tortilla Chips | | | X | | | | | | X | |
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | |
| Original | X | | | | | | | | | |
| Sea Salt & Vinegar | X | | | | | | | | | |
| Sweet Mesquite Barbeque | X | | | | | | | | | |
| Sour Cream & Green Onion | X | | | | | | | | | |
| 40% Reduced Fat Original | X | | | | | | | | | |

1

| | White Corn | White Corn (enriched with thiamine, riboflavin, niacin, iron, folic acid) | Blend of White and Yellow Corn Masa | Corn Meal | Whole Grain Corn Meal | Enriched Flour (wheat flour, niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid) | Potatoes | Potato Flour | Rice Flour | Brown Rice Flour | Water |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Snyder's of Hanover** | | | | | | | | | | | |
| The Pounder Olde Tyme Pretzels | | | | | | X | | | | | X |
| The Pounder Thins Pretzels | | | | | | X | | | | | X |
| The Pounder Sticks Pretzels | | | | | | X | | | | | X |
| The Pounder Sourdough Dark Specials | | | | | | X | | | | | X |
| Reduced Fat The Pounder Yellow Corn Tortilla Chips | | | | | | | | | | | |
| Reduced Fat The Pounder Whole Grain Tortilla Chips | | | | | | | | | | X | |
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | | |
| Original | | | | | | | X | | | | |
| Sea Salt & Vinegar | | | | | | | X | | | | |
| Sweet Mesquite Barbeque | | | | | | | X | | | | |
| Sour Cream & Green Onion | | | | | | | X | | | | |
| 40% Reduced Fat Original | | | | | | | X | | | | |

2

| | Soda | Salt | Sea Salt | Cracked Black Pepper | White Pepper | Sugar | Natural Cane Sugar | Malt | Dextrose | Maltodextrin | Corn Syrup Solids | Corn Starch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Snyder's of Hanover** | | | | | | | | | | | | |
| The Pounder Olde Tyme Pretzels | X | X | | | | | | X | | | | |
| The Pounder Thins Pretzels | X | X | | | | | | X | X | | | |
| The Pounder Sticks Pretzels | X | X | | | | | | X | | | | |
| The Pounder Sourdough Dark Specials | X | X | | | | | | X | | | | X |
| Reduced Fat The Pounder Yellow Corn Tortilla Chips | | X | | | | | | | | | | |
| Reduced Fat The Pounder Whole Grain Tortilla Chips | | X | | | | X | | | | | | |
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | | | |
| Original | | X | | | | | | | | | | |
| Sea Salt & Vinegar | | X | X | | | | | | | X | | |
| Sweet Mesquite Barbeque | | X | | | | X | | | X | | | |
| Sour Cream & Green Onion | | X | | | | X | | | X | X | | |
| 40% Reduced Fat Original | | X | | | | | | | | | | |

3

| | Modified Corn Starch | Dry Molasses | Oleoresin Paprika | Caramel Color | Paprika Extract (Flavor & Color) | Annatto Extract | Natural Flavor | Citric Acid | Calcium Lactate | Calcium Silicate |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | |
| Original | | | | | | | | | | |
| Sea Salt & Vinegar | | | | | | | | | | |
| Sweet Mesquite Barbeque | | | X | X | | | X | X | | |
| Sour Cream & Green Onion | | | | | | | X | X | | |
| 40% Reduced Fat Original | | | | | | | | | | |

4

| | Disodium Phosphate | Malic Acid | Silicon Dioxide | Sodium Caseinate | Sodium Diacetate | Succinic Acid | Tartaric Acid | Vinegar (white and apple cider) | Vinegar Solids | Dry Vinegar |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | |
| Original | | | | | | | | | | |
| Sea Salt & Vinegar | | | | | X | | | | X | |
| Sweet Mesquite Barbeque | | | | | | | | | | |
| Sour Cream & Green Onion | | | | | | | | | | |
| 40% Reduced Fat Original | | | | | | | | | | |

5

| | Vinegar Powder | Dry Balsamic Vinegar | Yeast | Yeast Extract | Autolyzed Yeast Extract | Torula Yeast | Nonfat Milk | Nonfat Dry Milk | Cultured Nonfat Milk | Skim Milk Powder | Lactic Acid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Snyder's of Hanover** | | | | | | | | | | | |
| The Pounder Olde Tyme Pretzels | | | X | | | | | | | | |
| The Pounder Mini Pretzels | | | X | | | | | | | | |
| The Pounder Snaps Pretzels | | | X | | | | | | | | |
| The Pounder Thins Pretzels | | | X | | | | | | | | |
| The Pounder Sticks Pretzels | | | X | | | | | | | | |
| The Pounder Sourdough Specials | | | X | | | | | | | | X |
| The Pounder Sourdough Dark Specials | | | X | | | | | | | | X |
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | | |
| Original | | | | | | | | | | | |
| Sea Salt & Vinegar | | | | | | | | | | | |
| Sweet Mesquite Barbeque | | | | | | X | | | | | |
| Sour Cream & Green Onion | | | | X | | | | X | | | |
| 40% Reduced Fat Original | | | | | | | | | | | |

6

| | Buttermilk | Buttermilk Solids | Buttermilk Powder | Whey | Dairy Whey | Whey Protein Concentrate | Cream | Dried Cream Extract | Sour Cream (cultured cream, nonfat dry milk) |
|---|---|---|---|---|---|---|---|---|---|
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | |
| Original | | | | | | | | | |
| Sea Salt & Vinegar | | | | | | | | | |
| Sea Salt & Cracked Pepper | | X | | | X | | | | |
| Sweet & Spicy Jalapeño | | | | | | | | | |
| Sweet Mesquite Barbeque | | | | | | | | | |
| Sour Cream & Green Onion | | | | | X | | | X | |
| 40% Reduced Fat Original | | | | | | | | | |

7

| | Sour Cream (cream, nonfat milk, cultures) | Sour Cream Powder (cultured cream, nonfat milk) | Sour Cream Powder (sour cream [cream cultures, lactic acid], cultured nonfat milk solids, citric acid) | Cheese (cheddar, monterey jack and swiss [cultured milk, salt, enzymes]) | Cheddar Cheese (cultured milk, salt, enzymes) | Feta Cheese (cow milk, cheese cultures, salt) | Spice | Spice and Herb | Spice and Herb (black pepper, chili powder, red chili pepper, white pepper) |
|---|---|---|---|---|---|---|---|---|---|
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | |
| Original | | | | | | | | | |
| Sea Salt & Vinegar | | | | | | | | | |
| Sweet Mesquite Barbeque | | | | | | | X | | |
| Sour Cream & Green Onion | | | X | | | | | | |
| 40% Reduced Fat Original | | | | | | | | | |

8

|  | Onion Powder | Paprika | Parsley | Dehydrated Parsley | Quinoa Flakes | Rosemary | Dried Red Pepper | Sesame Seeds | Dehydrated Tomato | Tomato Powder |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cape Cod Kettle Cooked Potato Chips** | | | | | | | | | | |
| Original | | | | | | | | | | |
| Sea Salt & Vinegar | | | | | | | | | | |
| Sweet Mesquite Barbeque | X | X | | | | | | | | X |
| Sour Cream & Green Onion | X | | X | | | | | | | |
| 40% Reduced Fat Original | | | | | | | | | | |

10