# EXHIBIT 3

Amended Class Action Complaint
*Ferrera et al. vs. Snyder's-Lance, Inc.*
United States District Court
Southern District of Florida

**Prices of the Products at Issue, Compared to Prices of Competing Products**[1]

| Product | Price (size) | Price per Ounce | Competing Product Not Labeled "All Natural," "Natural," or "Naturals" | Price (size) | Price per Ounce |
|---|---|---|---|---|---|
| *Snyder's of Hanover* | | | | | |
| The Pounder Olde Tyme Pretzels | $3.49 (16 oz) | $0.22 | Rold Gold One Pound Classic Style Tiny Twists Pretzels | $2.98 (16 oz)[2] | $0.19 |
| The Pounder Thins Pretzels | $3.49 (16 oz) | $0.22 | Rold Gold One Pound Classic Style Tiny Twists Pretzels | $2.98 (16 oz)[3] | $0.19 |
| The Pounder Sticks Pretzels | $3.49 (16 oz) | $0.22 | Anderson Old Fashioned Stick Pretzels | $7.99 (40 oz)[4] | $0.20 |
| The Pounder Sourdough Dark Specials | $3.49 (16 oz) | $0.22 | Anderson Old Fashioned Stick Pretzels | $7.99 (40 oz)[5] | $0.20 |
| Reduced Fat The Pounder Yellow Corn Tortilla Chips | $3.49 (16 oz) | $0.22 | Santitas Tortilla Triangles White Corn Blend | $2.00 (11 oz)[6] | $0.18 |
| Reduced Fat The Pounder Whole Grain Tortilla Chips | $3.49 (16 oz) | $0.22 | Santitas Tortilla Triangles White Corn Blend | $2.00 (11 oz)[7] | $0.18 |
| *Cape Code Kettle Cooked Potato Chips* | | | | | |

---

1. Unless otherwise specified, the prices are from the Snyder's Snacks online store, Snyder's of Hanover, http://snydersofhanover.stores.yahoo.net/newsoh.html (last visited Dec. 10, 2013), and the Cape Cod Chips online store, Cape Cod Potato Chips - Snacks, http://giftshop.capecodchips.com/collections/chips-popcorn (last visited Dec. 10, 2013).

2. Rold Gold Tiny Twists Pretzels - Walmart.com, http://www.walmart.com/ip/10900063?wmlspartner=wlpa&selectedSellerId=3&adid=22222222227017415585&wl0=&wl1=g&wl2=c&wl3=35579397276&wl4=&wl5=pla&wl6=50600184996&veh=sem (last visited Jan. 27, 2014).

3. *Id.*

4. Anderson Pretzel Sticks, 2-1/2 lbs. | Staples®, http://www.staples.com/Anderson-Pretzel-Sticks-2-1-2-lbs/product_762430?cid=PS:GooglePLAs:762430&srccode=cii_17588969&cpncode=26-265280509-2 (last visited Dec. 10, 2013).

5. *Id.*

6. Santitas Tortilla Chips, Triangles | Wegmans, http://www.wegmans.com/webapp/wcs/stores/servlet/ProductDisplay?productId=739948&storeId=10052&langId=-1 (last visited Feb. 1, 2014) (price obtained by clicking "find a store by state," selecting "NY," selecting "Rochester Area," and selecting "East Avenue").

7. *Id.*

| Original | $45.48 (12 bags of 8.5 oz each) | $0.45 | Martin's Kettle-Cook'd Hand Cooked Potato Chips | $23.09 (6 bags of 13.25 oz each)[8] | $0.29 |
| --- | --- | --- | --- | --- | --- |
| Sea Salt & Vinegar | $45.48 (12 bags of 8 oz each) | $0.47 | Rye Street Kettle Cooked Potato Chips Salt & Vinegar | $33.99 (55 bags of 1.5 oz each)[9] | $0.41 |
| Sweet Mesquite Barbeque | $45.48 (12 bags of 8 oz each) | $0.47 | Rye Street Kettle Cooked Potato Chips Blue Ribbon Bar-B-Que | $33.99 (55 bags of 1.5 oz each)[10] | $0.41 |
| Sour Cream & Green Onion | $45.48 (12 bags of 8 oz each) | $0.47 | Rye Street Kettle Cooked Potato Chips Original Lightly Salted | $33.99 (55 bags of 1.5 oz each)[11] | $0.41 |
| 40% Reduced Fat Original | $45.48 (12 bags of 8 oz each) | $0.47 | Rye Street Kettle Cooked Potato Chips Original Lightly Salted | $33.99 (55 bags of 1.5 oz each)[12] | $0.41 |

---

8.   Martin's Kettle Cooked Potato Chips 6/13.25oz, http://shop.grainmill.coop/martin-s-kettle-cooked-potato-chips-6-13-25oz.html?gclid=CNnBgOTQs7sCFTJo7AodMlYAyg   (last visited Dec. 15, 2013).

9.   Rye Street™ Salt & Vinegar Potato Chips | Quill.com, http://www.quill.com/rye-street-kettle-chips/cbs/247582.html?cm_mmc=SEM_PLA_CB_247582 (last visited Dec. 15, 2013).

10.   Rye Street® Barbeque Kettle Potato Chips | Quill.com, http://www.quill.com/rye-street-kettle-chips/cbs/247583.html?cm_mmc=SEM_PLA_CB_247583 (last visited Dec. 15, 2013).

11.   Rye Street® Lightly Salted Potato Chips | Quill.com, http://www.quill.com/rye-street-kettle-chips/cbs/247663.html?promoCode=200200555&Effort_Code=901&Find_Number=354918.

12.   *Id.*