IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:13-cv-62496-LENARD/GOODMAN

TODD BARRON, ADELE FERRERA,
DANA COOKE, GABRIEL IBERTIS,
STEVE TROUT, MATTHEW
MCDONOUGH, DAVID KORN, ARNIE
NEBRIAGA, RAHSAAN ASHFORD,
TERRY SHAPIRO, BENJAMIN BARTELL,
ANNE STEIMLE, ARTHUR KAROS, and
LARRY ROSENGARTEN, individually and
on behalf of all others similarly situated,

    *Plaintiffs,*

v.

SNYDER'S-LANCE, INC.,

    *Defendant.*

**JOINT NOTICE OF SETTLEMENT AND
JOINT MOTION TO VACATE ALL PENDING DEADLINES AND
TRIAL DATES WITH INCORPORATED MEMORANDUM OF LAW**

As a follow up to the Joint Status Report Regarding Mediation filed May 5, 2015 (ECF No. 158), Plaintiffs Adele Ferrera, Dana Cooke, Rahsaan Ashford and Anne Steimle ("Plaintiffs") and Defendant Snyder's-Lance, Inc. ("Defendant," and, together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court that, following private mediation and months of negotiations, the Parties have reached a settlement of this action. Accordingly, the Parties seek relief as follows:

26323259v1

1.    Plaintiffs' Supplemental Motion for Class Certification (ECF No. 74) and Defendant's Partial Motion to Dismiss (ECF No. 156) are fully briefed, and the Parties request that the Court hold in abeyance any rulings on these Motions.

2.    The following Motions are partially briefed:

   a.   Motion for Summary Judgment (ECF No. 171);

   b.   Motion in Limine to Strike Portions of the Expert Report of Charles M. Benbrook and to Limit His Trial Testimony (ECF No. 168);

   c.   Motion in Limine to Exclude Expert Report and Testimony of Michael B. Mazis (ECF No. 180);

   d.   Motion to Exclude the Expert Testimony of Carol Scott (ECF No. 181); and

   e.   Motion to Strike the Declaration Testimony of Carol Scott (ECF No. 182).

The Parties request that all briefing deadlines with respect to these Motions, as well as all other pending deadlines, be vacated.

3.    Trial is scheduled on November 16, 2015, and the Parties request that trial be continued and all pretrial deadlines set forth in the Order Adopting Joint Scheduling Report, Setting Pretrial Conference and Trial, Establishing Pretrial Deadlines, and Establishing Pretrial and Trial Procedures (ECF No. 42) be vacated.

4.    Pursuant to Federal Rules of Civil Procedure Rule 23(e), after final settlement documents are executed, Plaintiffs will promptly move for preliminary approval of the settlement and ask the Court to allow settlement notice to be disseminated and to schedule final fairness hearing.

5.    The Parties have reached an agreement on the material terms of a nationwide class settlement that will resolve this action. The Parties are in the process of working together to memorialize a written Stipulated Settlement Agreement, as well as consulting a professional claim's

3

administrator regarding notice and administration of the nationwide settlement. The Parties anticipate it will take approximately 45 days to finalize the Settlement Agreement and notice and administration plan, and to prepare and file their motion for preliminary approval.

6.     As a result of the good faith and arms-length negotiation and exchange of information between the Parties, the Parties have worked together to reach an amicable resolution of this matter without expending further judicial resources. Good cause is shown for the relief requested in this Motion that it saves judicial resources and avoids the Parties engaging in further costly litigation when a settlement has been reached.

WHEREFORE, the Parties jointly move and respectfully request that all dates and deadlines be vacated pending motions under Rule 23(e)(1)-(5) for approval of the settlement, and order that Plaintiffs' Motion for Preliminary Approval be filed within 45 days.

Dated:  July 23, 2015

Respectfully submitted by:

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz
Florida Bar No. 68026
Michael J. Pascucci
Florida Bar No. 83397
Eggnatz, Lopatin & Pascucci, LLP
54000 S. University Drive, Suite 413
Davie, FL 33328
Email: jeggnatz@ELPLawyers.com
Telephone: 954.889.3359
Facsimile: 954.889.5913

Benjamin M. Lopatin, admitted *pro hac vice*
Eggnatz, Lopatin & Pascucci, LLP
580 California Street, Suite 1200
San Francisco, CA 94104
Email: blopatin@ELPLawyers.com
Telephone: 415.753.9219
Facsimile: 415.520.2262

Michael R. Reese, admitted *pro hac vice*
George V. Granade, II, admitted *pro hac vice*
Reese LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Email: mreese@reeserichman.com
Email: ggranade@reeserichman.com
Telephone: 212.646.0500
Facsimile:  212.253.4272

Melissa W. Wolchansky, admitted *pro hac vice*
Halunen Law
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Email: wolchansky@halunenlaw.com
Telephone: 612.605.4098

26323259v1

Michael Thomas Fraser
The Law Offices of Howard W. Rubinstein, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Email: mfraser@hwrlawoffice.com
Telephone: 800.436.6437
Facsimile: 561.688.0630

*Counsel for Plaintiffs and the Proposed Class*


/s/ April Boyer
April Boyer
Florida Bar No. 168335
Olivia Kelman
Florida Bar No. 105286
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Email: april.boyer@klgates.com
Email: olivia.kelman@klgates.com
Telephone: 305.539.3300
Facsimile: 305.358.7095

Matthew G. Ball, admitted *pro hac vice*
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Email: matthew.ball@klgates.com
Telephone: 412.249.1014
Facsimile: 412.882.8220

*Counsel for Defendant Snyder's-Lance, Inc.*

Kiran H. Mehta, admitted *pro hac vice*
Troutman Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202
Email: kiran.mehta@troutmansanders.com
Telephone: 704.998.4072
Facsimile: 704.998.4051

4

## CERTIFICATION OF CONFERRAL

The undersigned hereby certifies that counsel for Plaintiffs in the above-captioned action has conferred in good faith with counsel for Defendant Snyder's-Lance, Inc., concerning the issues that this Joint Motion presents, and the parties have resolved by agreement to the relief sought in this motion, for the good cause set forth herein

           */s/ Joshua H. Eggnatz*
           Joshua H. Eggnatz

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on the service list set forth below.

           */s/ Joshua H. Eggnatz*
           Joshua H. Eggnatz

### SERVICE LIST
*Barron et al. v. Snyder's-Lance, Inc.*
Case No. 0:13-cv-62496-LENARD/GOODMAN
United States District Court for the Southern District of Florida

Joshua H. Eggnatz
Michael J. Pascucci
**EGGNATZ, LOPATIN & PASCUCCI, LLP.**
54000 S. University Drive, Suite 413
Davie, Florida 33328
954-889-3359
Fax: 954-889-5913
Email: *JEggnatz@ELPLawyers.com*

Benjamin M. Lopatin (admitted *pro hac vice*)
**EGGNATZ, LOPATIN & PASCUCCI, LLP.**
580 California Street, Suite 1200
San Francisco, CA 94104
415-324-8620
Email: *BLopatin@ELPLawyers.com*

Michael R. Reese (admitted *pro hac vice*)
George V. Granade (admitted *pro hac vice*)
**REESE LLP**
875 Avenue of the Americas
18th Floor
New York, NY 10001
212-646-0500

5

Email: *mreese@reeserichman.com*
*ggranade@reeserichman.com*

Melissa W. Wolchansky (admitted *pro hac vice*)
**HALUNEN LAW**
1650 IDS Center
80 South Eight Street
Minneapolis, MN  55402
612-605-4098
Email: *wolchansky@halunenlaw.com*

Michael Thomas Fraser
**THE LAW OFFICES OF**
**HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center, Suite 500
San Francisco, CA  94111
800-436-6437
Fax: 415-692-6607
Email: *mfraser@hwrlawoffice.com*

Kiran H. Mehta
**TROUTMAN SANDERS LLP**
301 South College Street
Suite 3400
Charlotte, NC  28202
704-998-4072
Fax: 704-998-4051

Email: *kiran.mehta@troutmansanders.com*

Matthew G. Ball (admitted *pro hac vice*)
**K&L GATES, LLP**
4 Embarcadero Center
Suite 1200
San Francisco, CA  94111
415-249-1014
Email: *matthew.ball@klgates.com*

April Lynn Boyer
Jonathan Bart Morton
Olivia Rae Waters Kelman
**K&L GATES, LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL  33131-2399
305-539-3357
Fax: 305-358-7095
Email: *april.boyer@klgates.com*
         *jonathan.morton@klgates.com*
         *olivia.kelman@klgates.com*