EXHIBIT G

Declaration of Steven Weisbrot  in Support of Plaintiffs' Unopposesd Motion for
Preliminary Approval of Class Action Settlement

Barron v. Snyder's-Lance, Inc.
No. 0:13-cv-62496-JAL (S.D. Fla.)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:13-cv-62496-LENARD/GOODMAN

| | |
|---|---|
| TODD BARRON, ADELE FERRERA, DANA COOKE, GABRIEL IBERTIS, STEVE TROUT, MATTHEW MCDONOUGH, DAVID KORN, ARNIE NEBRIAGA, RAHSAAN ASHFORD, TERRY SHAPIRO, BENJAMIN BARTELL, ANNE STEIMLE, ARTHUR KAROS, and LARRY ROSENGARTEN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs,*<br><br>v.<br><br>SNYDER'S-LANCE, INC.,<br><br>        *Defendant.* | DECLARATION OF STEVEN WEISBROT, ESQ., ON ADEQUACY NOTICE PLAN |

I, Steven Weisbrot, hereby declare as follows:

1.      I submit this declaration for the purpose of providing the Court with information regarding the design, implementation and adequacy of the notice program proposed in this case to reach unknown class members.

2.      I am Executive Vice President of Notice and Strategy at the class action notice and claims administration firm, Angeion Group, LLC ("Angeion"). I have been responsible in whole or in part for the design and implementation of more than one hundred class action administration plans and have taught Continuing Legal Education courses on the Ethics of Legal Notification in Class Action Settlements, using Digital Media in Class Action Notice Programs as well as Class Action Claims Administration generally. Additionally, I am the author of numerous articles on Class Action Notice, Class Action Claims Administration and Notice Design in publications such as *Bloomberg*, *BNA Class Action Litigation*

*Report*, Law360 and professional law firm blogs. Prior to joining Angeion's executive team, I was employed as Director of Class Action Services at Kurtzman Carson Consultants, a nationally-recognized class action notice and settlement administrator. Previous to my claims administration experience, I was employed in private law practice and I am currently an attorney in good standing in the State of New Jersey and the Commonwealth of Pennsylvania.

3.      By way of background, Angeion Group is a class action notice and claims administration company formed by a team of executives with more than 60 combined years of experience implementing claims administration and notice solutions for class action settlements and judgments. With executives that have had extensive tenures at five other nationally recognized claims administration companies, collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $10 billion to class members.

4.      This declaration will describe the notice program and notice documents that my staff and I propose for this case, including the considerations that informed the development of the plan and why we believe it will be effective.

SUMMARY OF NOTICE PLAN

5.      The notice program that we developed in conjunction with counsel of record in this case utilizes internet banner advertisements and national print publication to notify the class of the settlement framework.  The notice program will effectively reach 70.1% of the class approximately 3 times.  While not reflected in calculable reach figures, the notice program also contemplates a toll-free telephone line and informational website, both of which will further apprise class members of the rights and options in the settlement.

6.      The reach of the notice program is specifically designed to meet due process requirements and is consistent with other effective court-approved notice programs.

## CLASS DEFINITION AND TARGET

7.      This matter contemplates a nationwide settlement class encompassing all persons who, for personal or household use, purchased certain food products manufactured by Snyder's-Lance under various brand names[1] in the United States from November 13, 2007 through and including the Notice Date.

8.      To verify the notice program's effectiveness our media team analyzed syndicated research data using the GfK MRI 2014 Doublebase survey.[2] Cape Cod and Snyder's Pretzels are measured subsegments of snack foods however not all of the specific brands at issue in this litigation were measured in GFK MRI.  Consequently, these sub-segments were combined with behavior statements that would best reflect the desired "natural" snack foods audience.  The specific target definition utilized to profile the class is as follows:

- Potato Chips Brands Total Users Last 6 Months (Principal Shopper) [Cape Cod]; *or*
- Pretzels Brands Total Users Last 6 Months (Principal Shopper) [Snyder's Pretzels]; *and*
- I regularly eat organic foods [Any Agree]

We used this target definition as the best representation for the class because this comprehensive, over-inclusive target group best represents the Class.

9.      Understanding the socio-economic characteristics, interests and

---

[1] The specific brand names include: Snyder's of Hanover®, Cape Cod®, Eatsmart Naturals®, Padrino's® and Pretzel Crisps®.

[2] GfK MRI is a leading supplier of publication readership and product usage data for the communications industry.  GfK MRI offers complete demographic, lifestyle, product usage and exposure to all forms of advertising media.  As the leading U.S. source of multimedia audience research, GfK MRI provides information to magazines, television and radio networks and stations, internet sites, other media, leading national advertisers, and over 450 advertising agencies – including 90 of the atop 100 in the U.S.  MRI's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the U.S.

practices of a target group aids in the proper selection of media to reach that target.  Here, about half are married (54.7%) and between the ages of 18 and 54, with an average age of 44.  71% are homeowners with a median home value of $235,638.  42.7% have a child/children under the age of 17 living in the household and the median household income is above the national level at $78,491 (vs. $59,978).

10.     In order to identify the best vehicles to deliver messaging to the target audience, we reviewed the media quintiles, which measure the degree to which an audience uses media relative to the general population.  Here it shows our target audience is comprised of heavy internet users, utilizing the internet on average, 17 hours per week.  Likewise the frequency with which they read a newspaper is above average compared with the general population.  Therefore, we recommended those platforms to reach potential class members.

11.     Given the heavy internet usage observed, we recommend using the internet as the primary communications platform.  This medium can be used in a highly targeted manner, while delivering strong reach to the class.  To supplement online advertising, we recommend a limited print schedule.  This combination of media tactics will allow us to deliver an effective reach level for notice messaging while also maximizing efficiencies.

**INTERNET BANNER NOTICE**

12.     We will utilize programmatic internet purchasing to serve advertisement to the class as the primary means of notice messaging via the internet.  We will utilize strategic targeting methodologies that ensure that the banner ad is viewed by likely members of the class.  For instance, search terms will be relevant to healthy habits and eating (e.g. 'healthy snacking alternatives,' 'health snacks,' etc.).  Likewise, targeting users who are currently browsing or

have recently browsed content in categories such as Diet, Nutrition, Healthy Living, Fitness and Food & Beverage will also help qualify impressions to ensure messaging is served to the most relevant audience.

13.     We recommend implementing a 4-week desktop and mobile campaign, utilizing standard IAB sizes (160x600, 300x250, 728x90, 300x600, 320x50, 300x50).  A 3x frequency cap will be imposed to maximize reach.

## PUBLICATION NOTICE

14.     In addition to the internet banner notice effort, we recommend utilizing the national edition of *USA Today,* which offers the parties and the court the comfort of using traditional print media in conjunction with the digital campaign described above.  We recommend placement of one 3col (4.18") x 9" Classified Legal Notice section.

## RESPONSE MECHANISMS

15.     We will establish a toll-free telephone line to provide settlement-related information to Settlement Class Members.  The toll-free telephone number will be included in the published notice, long-form notice and direct notice and will be capable of receiving requests for Claim Forms and/or the Long Form Notice, as well as providing general information concerning deadlines for opting out of the Settlement or objecting to it, and the dates of the relevant Court proceedings, including the Final Approval Hearing.

16. Likewise, we will establish an informational case website, with an easy to remember domain name, where class members can view relevant court documents, operative dates and a frequently asked questions page ("The Case Website").  The case website will be prominently displayed on all notice materials.

## REACH AND FREQUENCY

17.     The notice program will deliver 70.1% reach with an average frequency of 3.0 times each.

18.     The notice program provides the best notice practicable and meets the "desire to actually inform" due process communications standard of *Mullane*. The notice program's reach of the target audience and the number of exposure also is consistent with the Federal Judicial Center's threshold as to reasonableness in notification programs designed to reach unidentified class members, as set forth in the *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*.

19.     Therefore, it is my opinion that the Notice Program is fully compliant with Rule 23 of the Federal Rules of Civil Procedure and due process.

## CONCLUSION

20.     In my opinion, the notice program meets the expressed requirements of Rule 23 of the Federal Rules of Civil Procedure and will provide members of the Settlement Class the best notice practicable under the circumstances.

21.     The notice program provides reach and frequency evidence which courts systematically rely upon in reviewing class action notice programs for adequacy and meets or exceeds the guidelines as set forth in the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.*

Declared under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Steven Weisbrot